IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. CR 05 109S |
| | ) |
| LUZ SANCHEZ | ) In Violation of Title 18, Section |
| | ) 922(g)(1) |

INDICTMENT

The Grand Jury charges that:

On or about July 29, 2004, in the District of Rhode Island, defendant, LUZ SANCHEZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm to wit: a Smith & Wesson .38 caliber revolver, serial number D215649.

In violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan
GERARD B. SULLIVAN
CHIEF, CRIMINAL DIVISION

10.05.05 Zechariah Chafee 10.05.05
ZECHARIAH CHAFEE DATE
Assistant U.S. Attorney