AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

LUZ SANCHEZ

APPEARANCE CR05-109 S

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for LUZ SANCHEZ

I certify that I am admitted to practice in this court.

10/17/05
*Date*

[signature]
*Signature*

MATTHEW B. SMITH #4120
*Print Name* *Bar Number*

1206 WESTMINSTER ST.
*Address*

PROV. RI 02909
*City* *State* *Zip Code*

(401) 272-7277 (401) 454-5557
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.