1078778

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
OCT 05 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

LUZ SANCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-109S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUZ SANCHEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 5, 2005 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Providence, RI by ATF | | |
| DATE RECEIVED 10/05/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/13/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.