UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Criminal No.: 05-109 S

LUZ SANCHEZ

**AMENDED MOTION FOR RETURN OF BOND**

Now comes the Defendant, Luz Sanchez, in the above-captioned matter, by and through her attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court issue an order returning the bond in the amount of Two Thousand Five Hundred ($2,500.00) Dollars to Defendant's daughter Vivian Lozada. Ms. Lozada's address is 750 Side A Valley Street, Providence, Rhode Island 02908.

As grounds for this Motion your Defendant sets forth the following:

1. The Defendant appeared before and was sentenced by the Honorable Court on March 17, 2006. The Defendant is currently serving the sentence imposed by the Honorable Court. The Defendant did not appeal the sentence imposed by the Honorable Court.

2. Therefore, the Defendant respectfully contends there is no further need for the Government to maintain the bond to secure the Defendant's presence before the Honorable Court.

3. The Government (A.U.S.A. Zechariah Chafee) does not object to the Motion.

WHEREFORE, your Defendant respectfully requests that this Honorable Court returns the money.

Respectfully submitted,
Luz Sanchez,
By and through her Attorney,

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}

**CERTIFICATION**

I, the undersigned hereby certify that I mailed a true copy of the within Motion to Zechariah Chafee, A.U.S.A., US Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 2nd day of June, 2006.