FILED
MAY 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No.: 05-109 S**

**LUZ SANCHEZ**

## MOTION FOR RETURN OF BOND

Now comes the Defendant, Luz Sanchez, in the above-captioned matter, by and through her attorney Matthew B. Smith, Esq., and respectfully requests that this Honorable Court issue an order returning the bond in the amount of Two Thousand Five Hundred ($2,500.00) Dollars.

As grounds for this Motion your Defendant sets forth the following:

1. The Defendant appeared before and was sentenced by the Honorable Court on March 17, 2006. The Defendant is currently serving the sentence imposed by the Honorable Court. The Defendant did not appeal the sentence imposed by the Honorable Court.

2. Therefore, the Defendant respectfully contends there is no further need for the Government to maintain the bond to secure the Defendant's presence before the Honorable Court.

3. The Government (A.U.S.A. Zechariah Chafee) does not object to the Motion.

WHEREFORE your Defendant respectfully requests that this Honorable Court returns the money.

RECEIVED
JUN 02 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ For findings & recommendation
☑ For determination
☐ ________
William E. Smith, U.S. District Judge
Date: 5/30/06

Ruled moot.
David L. Martin
DAVID L. MARTIN, USMJ
June 8, 2006